No. 20. COX v. COLORADO ET AL. Argued December 1, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. *Bailey*

v. *Alabama,* 211 U. S. 452, 453; *Matter of Gregory,* 219 U. S. 210; *Harlan* v. *McGourin,* 218 U. S. 442; *Riddle* v. *Dyche,* 262 U. S. 333, 335, 336; *Craig* v. *Hecht,* 263 U. S. 255, 277; *Goto* v. *Lane,* 265 U. S. 393; *Knewel* v. *Egan,* 268 U. S. 442. *Messrs. James H. Brown* and *M. W. Spaulding* for appellant. *Messrs. John S. Underwood,* Attorney General of Colorado, *Colin A. Smith,* Assistant Attorney General, and *Jack Garrett Scott,* were on the brief, for appellee.